IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHMOND COUNTY SUPERIOR COURT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 124-218 |
| CHAALO-AZUTE' WOMBLE, SR., | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 14, 15.) In his objections, Plaintiff contends his criminal charges in the Superior Court of Richmond County are removable to federal court under 28 U.S.C. § 1604, which provides, "a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States," with limited exceptions. (Doc. no. 14, p. 2; doc. no. 15, p. 3.) Plaintiff's attempt to classify himself as a foreign state under § 1604 is precisely the type of "sovereign citizen nonsense" the Magistrate Judge warned would not be tolerated and does nothing to undermine the Magistrate Judge's conclusion no federal statute supports removal of this case. (Doc. no. 12, pp. 3-4 (citing Gilbert v. City of Pine Lake, Ga., No. 1:19-CV-495-TWT, 2019 WL 11553743, at *1 (N.D. Ga. June 25, 2019), *aff'd*, No. 19-12585, 2022 WL 1162087 (11th Cir. Apr. 20, 2022).)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, **DENIES AS MOOT** Defendant's motion to proceed *in forma pauperis*, (doc. no. 9), and **CLOSES** this case. Although "removal" was never accomplished in a procedurally proper manner, in an abundance of caution, the Court also **REMANDS** the two criminal charges to the Superior Court of Richmond County, Georgia, case number 2024RCCR00329.

SO ORDERED this 4th day of February, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA